UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ROGER N. THOMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CAUSE NO. 3:05-CV-0208 RM |
| | ) |
| CHAD BARR, *et al.*, | ) |
| | ) |
| Defendants. | ) |

OPINION AND ORDER

When Roger Thompson filed this action, he was a prisoner. The court granted Mr. Thompson leave to proceed without full prepayment of fees and costs. Granting a prisoner's request to proceed *in forma pauperis* means that the inmate must pay the full filing fee, but may benefit from procedures whereby he will be permitted to pay the fee in installments from his prison trust account. 28 U.S.C. § 1915(b). Mr. Thompson has not yet paid the full filing fee in this case.

Mr. Thompson has been released from custody and is no longer a prisoner. Section 1915(b)(2) contemplates that a prisoner make installment payments towards the filing fee from his trust account, but a prisoner's release from incarceration means that there is no longer a prison trust account from which to withdraw payments. When a prisoner is released from custody, the court must reconsider his pauper status and determine his ability to continue to make payments towards the filing fee.

For the foregoing reasons, the court **AFFORDS** Mr. Thompson to and including November 21, 2005, within which to pay the remainder of the filing fee

($244.50) or advise the court of his current financial situation, and **DIRECTS** the clerk to forward him a copy of the court's *in forma pauperis* petition for non-prisoners along with this order.

    SO ORDERED.

    ENTERED: October 24, 2005

                      s/Christopher A Nuechterlein
                      Christopher A. Nuechterlein
                      United States Magistrate Judge